**NORTH CAROLINA STATE BAR v. NELSON**

[333 N.C. 786 (1993)]

NORTH CAROLINA STATE BAR v. EDWARD DANIELS NELSON

No. 396PA92

(Filed 4 June 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31(a) of the unanimous decision of a panel of the Court of Appeals, 107 N.C. App. 543, 421 S.E.2d 163 (1992), affirming an order filed 23 January 1991 by John Shaw, Chairman, for a Hearing Committee of the Disciplinary Hearing Commission of the North Carolina State Bar. Heard in the Supreme Court 12 May 1993.

*Carolin Bakewell for plaintiff-appellee.*

*Cheshire, Parker, Hughes & Manning, by Joseph B. Cheshire, V, and Alan M. Schneider, for defendant appellant.*

PER CURIAM.

AFFIRMED.

Justices MITCHELL and PARKER did not participate in the consideration or decision of this case.